| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran. Court) 99CR00039-01 |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Antonio Bland 232 West 122nd Street, Suite 3-B Manhattan, New York 10027 | DISTRICT EASTERN DISTRICT OF VIRGINIA | DIVISION Norfolk |
|---|---|---|
| | NAME OF SENTENCING JUDGE BROOKLYN OFFICE The Honorable Robert G. Doumar | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM March 31, 2005 | TO March 30, 2008 |

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y.
OCT 05 2005
BLOCK
LEVY

OFFENSE

Convicted Felon in Possession of a Firearm, in violation of 18 U.S.C. 922(g)(1).

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the EASTERN DISTRICT OF NEW YORK upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Sept 19, 2005
Date _____  United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/5/05
Effective Date _____  United States District Judge

LVM/scv

CR05 740
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ OCT 05 2005 ★
BROOKLYN OFFICE
BLOCK J
LEVY M.

MEMORANDUM
TO ROBERT C. HEINEMAN
CLERK OF THE COURT

RE: BLAND, Antonio
DOB: 5/25/1970
FBI: 810537HA2
<u>Transfer of Jurisdiction</u>

  Reference is made to the above-named individual, who was sentenced by the Honorable Robert G. Doumar, U.S. District Judge in the Eastern District of Virginia to 120 months custody, followed by a 3 year term of supervised release. Bland's sentence followed his conviction for Convicted Felon in Possession of Firearms. Upon his release, he reported to the Eastern District of New York for supervision purposes based upon his residence.

  On August 29, 2005, a letter was forwarded to the Eastern District of Virginia wherein they were informed the releasee was arrested on August 25, 2005 by the New York City Police Department and was charged with Criminal Possession of a Weapon in the 3rd Degree. At the same time, we requested the Eastern District of Virginia initiate Transfer of Jurisdiction proceedings. On September 28, 2005, we received an executed copy of Probation Form 22, Transfer of Jurisdiction, which is attached herein. Once jurisdiction is transferred to the Eastern District of New York, violation of supervised release proceedings will be initiated.

  If you have any questions or require additional information, please feel free to contact the undersigned officer at (347) 534-3471. Your assistance in this matter is greatly appreciated.

Very truly yours,

Tony Garoppolo
Chief U.S. Probation Officer

Prepared by: _____
Lawrence F. Goldman
Senior U.S. Probation Officer

Approved by: _____
Anthony Castellano
Supervising U.S. Probation Officer

Attachments
September 29, 2005
LFG